05-15-00408-CV

FILED
4/15/2015 3:48:51 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

## CAUSE NO.   CC-15-00016-B

| | | |
|---|---|---|
| **POLYMATHIC PROPERTIES** | § | **IN THE COUNTY COURT** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **AT LAW NO 2** |
| **RICKEY LYONS and ALL OTHER** | § | |
| **OCCUPANTS 610 TRUMAN COURT** | § | |
| **DUNCANVILLE, TEXAS   75137** | § | |
| **Defendants.** | § | **DALLAS COUNTY, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/16/2015 10:10:05 AM
LISA MATZ
Clerk

## AMENDED NOTICE OF APPEAL

COMES NOW Defendant, Rickey Lyons and files this, his Amended Notice of Appeal and for cause would show the following:

## I.

## PARTIES

1.      Plaintiff, Polymathic Properties can be served via its attorney of record Matthew Tadlock, esq. and Murrah and Killough, PLLC., 3000 Weslyan, Suite 305, Houston, Texas 77027 .

2.      Defendant, Rickey Lyons resides in Dallas County and can be served via his attorney of record, Nadine R. King-Mays, 1122 North Bishop Avenue, Suite E Dallas Texas 75208.

## II.

## NOTICE OF APPEAL

Pursuant to Texas Rule of Civil Procedure 25.1(d) Plaintiff makes this Notice of Appeal:

(1)     This is an appeal of the matter entitled and numbered:

Polymathic Properties v. Rickey Lyons and All Occupants of 610 Truman Court, Duncanville Texas, TX 75137, Cause No. CC-15-00016-B in the County Court at Law No. 2.

NOTICE OF APPEAL

1

(2)     The appeal is being taken from the Court's February 10, 2015 Order granting Plaintiff's petition for forcible detainer and Writ of Possession. (Exh A – attached).

(3)     Rickey Lyons desires to Appeal.

(4)     This Appeal is being taken to the Texas Fifth District Court of Appeals.

(5)     The party filing this Notice is Defendant, Rickey Lyons.

Respectfully submitted,

/S/ Nadine R. King-Mays

Nadine R. King-Mays
State Bar No.   11473400
The King-Mays Firm
1122 North Bishop Avenue
Suite E
Dallas, Texas   75208

nrkingmays@king-mays.com

214/942-2842 Telephone
972/996-7789 Telefax

ATTORNEYS FOR DEFENDANT
RICKEY LYONS

**Certificate of Service**

I certify that the foregoing will be delivered to counsel for Plaintiffs. Matthew Tadlock, and Murrah and Killough, this 15th day of April 2015 via email, facsimile and/or via regular mail.

/S/ Nadine R. King-Mays

Nadine R. King-Mays